An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID CHORN, AN INDIVIDUAL,
Appellant,
vs.
BEAZER HOMES HOLDINGS, A
DELAWARE CORPORATION; AND
BEAZER MORTGAGE, A DELAWARE
CORPORATION,
Respondents.

No. 61100

**FILED**

MAY 2 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant has moved to voluntarily dismiss this appeal. The unopposed motion is granted, with the parties to bear their own fees and costs, NRAP 42(b), and we

ORDER this appeal DISMISSED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Valerie Adair, District Judge
Dana Jonathon Nitz, Settlement Judge
Law Offices of P. Sterling Kerr
Koeller Nebeker Carlson & Haluck, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947.

14-17190